IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

RECEIVED
2018 DEC 28  P 4: 01
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Jerry D, West   PRO SE

)
)
)
Plaintiff(s),            )       CIVIL ACTION NO. 2:18-cv-1078 -MHT-WC
)
)       JURY DEMAND (MARK ONE)
)
v.                       )       ☑ YES      ☐ NO
Hyundai Motor Manufacturing Of Alabama (HMI )
)
)
)
Defendant(s).

## COMPLAINT

1. Plaintiff(s)' address and telephone number: 5120 Nancy Ct. 334-612-2000

2. Name and address of defendant(s): Hyundai Motor Manufacturing Of Alabama 700 Hyundai Blvd. Mont

3. Place of alleged violation of civil rights: 700 Hyundai Blvd. Montgomery, AL 36105

4. Date of alleged violation of civil rights: 25 Jun 2012 to 13 Mar 2018

5. State the facts on which you base your allegation that your constitutional rights have been violated: See Appendix I

1

6. Relief requested: Punitive and compensatory payment of $840,000 (14 year earnings)

_____

_____

_____

_____

_____

_____

Date: 28 Dec 2018

_____
Plaintiff(s) Signature

5120 Nancy Ct.
Montgomery AL 36106
334-618-2000

# Appendix I

The nature of my complaint, i.e., the manner in which the individual (s) named above discriminated against me in terms of the condition of my employment, is as follows

1. Violation of Hyundai Motor Manufacturing Of Alabama (from now on referred to as "HMMA") Serious Misconduct Policy by not consistently requiring a high degree of personal integrity from all Team Members.

2. Violation of the General Provisions of the HMMA Misconduct Policy regarding the issuance of a Serious Misconduct Letter

3. Violation of the General Provisions of the HMMA Misconduct Policy regarding the list of activities that constitute Serious Misconduct at HMMA such as:

    a. Allowing the threatening or fighting on HMMA's premises (Wade Humphries)
    b. Misrepresenting or falsifying any information concerning employment or any report or HMMA record (Patrick Porter, Dan Smith & Wade Humphries)
    c. Violation of HMMA Equal Employment or Harassment Policies.
    d. Deliberately trying to conceal serious quality problems in HMMA products (Wade Humphries)
    e. Allowing Team Members (specifically, Derek Bynum) to spread false, or malicious rumors or slandering or libeling a fellow Team Member

4. Violation of HMMA Anti Harassment Policy by Robert Stinson by his innuendoes, jokes, comments, slurs & graphic commentary about an individual's body which are either sexual in nature or directed at a person's gender.

5. Violation of HMMA Anti Harassment policy by preventing the reporting of any harassment (by Wade Humphries)

6. Violation of HMMA Anti Harassment Policy by not promptly investigating complaints of harassment (by Wade Humphries)

7. Violation of The Occupational Safety and Health Act (OSHA) Section 5(a)(1), the General Duty Clause of the Act, by not providing employees with a workplace free from recognized hazards likely to cause death or serious physical harm

8. Failure to respond to 2 subpoenas (5 Oct. 2018 & 14 Dec. 2018) for specific, pertainent,and individual witnesess to be presented to the Alabama Board of Appeals for EEOC Hearings persuant to Alabama Code 25-4-94

9. Failure to produce the Health Records and statements of Plantiff's injury to right wrist while employed at HMMA

10. Causing undue stress, anxiety and medical issues for Plantiff requiring medical treatment

11. Denying the Plantiff's of his 14th Amendment Rights of life, Liberty and the Pursuit Of Happiness by firing for retaliation, not of Misconduct