IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JERRY D. WEST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No: 2:18-CV-1078-MHT-SMD |
| | ) | |
| HYUNDAI MOTOR MANUFACTURING | ) | |
| OF ALABAMA, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

On December 11, 2018, Plaintiff filed a Complaint (Doc. 1) against his former employer alleging, *inter alia*, harassment and discrimination.  (Doc. 1) at 3.  Plaintiff also filed a Motion for Leave to Proceed *in forma pauperis* (Doc. 2), which was denied by Order (Doc. 7) of this Court on March 4, 2019.  In the Order denying Plaintiff's Motion to Proceed *in forma pauperis*, the undersigned directed Plaintiff to pay the $400.00 filing fee, on or before April 4, 2019.  (Doc. 7).  On April 5, 2019, the undersigned recommended (Doc. 8) Plaintiff's Complaint be dismissed because Plaintiff had not paid the filing fee as directed.  On April 8, 2019, the undersigned was informed by the Clerk of Court that Plaintiff had paid the filing fee on April 1, 2019, but that the docket had not been updated to reflect Plaintiff's payment.  Accordingly, it is

ORDERED that the Recommendation (Doc. 8) is hereby withdrawn.

Done this 8th day of April, 2019.

/s/ Stephen M. Doyle
UNITED STATES MAGISTRATE JUDGE