IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JERRY D. WEST,                    )
                                  )
    Plaintiff,                    )
                                  )    CIVIL ACTION NO.
    v.                            )     2:18cv1078-MHT
                                  )         (WO)
HYUNDAI MOTOR                     )
MANUFACTURING OF ALABAMA          )
(HMMA),                           )
                                  )
    Defendant.                    )
```

## JUDGMENT

Upon consideration of the joint stipulated motion to dismiss with prejudice (Doc. 48), it is ORDERED that the motion is granted, and this lawsuit is dismissed in its entirety with prejudice, with the parties to bear their own costs.

It is further ORDERED that volunteer attorney Jonathan Corley is relieved of any further duty of representation of plaintiff Jerry D. West.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 14th day of December, 2021.

                                        /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE